

**ALAMEDA COUNTY SHERIFF'S OFFICE**

YESENIA SANCHEZ
SHERIFF-CORONER

# MEMORANDUM

DATE: October 7, 2023

TO: To whom it may concern    4:24-cr-00003-AMO USA v. Lopez

FROM: Deputy B. Boyington#1152

SUBJECT: **INMATE KITCHEN VOLUNTEER ALEJANDRO LOPEZ (PFN#UME557)**

Inmate Lopez began volunteering in the Santa Rita Jail Kitchen on January 26, 2023. The Kitchen provides food for inmates at SRJ and the San Joaquin County Jail on a daily basis, which usually consists of making 9,000 meals a day.

At this time, there has been no disciplinary issues with Inmate Lopez.

BSB:bsb

SANTA RITA JAIL
5325 Broder Boulevard
Dublin, CA 94568-3309